CRAWLEY-KINLEY ET AL., APPELLEES, *v.* PRICE, APPELLANT.

[Cite as *Crawley–Kinley v. Price* (2002), 94 Ohio St.3d 1212.]

(No. 01–285—Submitted December 11, 2001—Decided January 30, 2002.)

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

PFEIFER, J., dissents.

---

**PFEIFER, J., dissenting.** I dissent and would reverse the judgment of the court of appeals.

Cook, **J., dissenting**.   I respectfully dissent.   I would adjudicate this cause on the merits and affirm the judgment of the court of appeals.

Moyer, C.J., concurs in the foregoing dissenting opinion.

--------

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *Diane E. Books,* Assistant Prosecuting Attorney, for appellees.

*Victor Dwayne Sims,* for appellant.